Addison Franklin Orr #1208158
Petitioner - In Propria Persona
SDCC Post Office Box 208
Indian Springs, Nevada 89070-0208

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

2:20-cv-00424-APG-VCF
2:20-cv-00421-RFB-EJY
2:20-cv-00422-JAD-EJY

Addison Franklin Orr
Petitioner

Case No.#
Dept. No.#

Vs.

State of Nevada
Torrs Tones
Ence
Defendants.

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2020

CLERK US DISTRICT COURT
BY: _____ DEPUTY

## MOTION FOR ENLARGEMENT OF TIME, FRCP 6(b) / FRAP 26(b)

COMES NOW, Addison Franklin Orr, the Petitioner in proper person and respectfully submits his Motion for Enlargement of Time, pursuant FRCP rule 6(b) / FRAP rule 26(b) and states further:

I, Addison Franklin Orr, Petitioner in the above entitled action, does and hereby move that time within to File:

Application to proceed in forma pauperis

in the above - entitled cause be enlarged from (Date) 03-26-2020 to 5-26-2020 in

support of this Motion respectfully shows that - (Reason(s)) A copy of my application to proceed in forma pauperis, Section where financial information is needed, has been submitted but will take more time than was allotted, therefor we ask that time be extended to properly obtain and send this information

and this Motion is filed within the time allotted before the named (Person) have to answer / and or, Respond.

Dated: This 17 Day of March, 2020

By: Addison Franklin Orr
Addison Franklin Orr #1208158
Petitioner, In Forma Pauperis

1

I ask that you can please ~~extd~~ extend the time limit to turn in the application to proceed informa-pauperis until 5-26-2020 to allow me to recieve the financial certificate from the staff at this/that prison so that I can fully send the application in it entirety. I believe this amount of time will ensure that I have all documents needed and will be able to fully comply with the courts ~~ordr~~ order.

Respectfully Submitted,

Addison Franklin Orr

**IT IS ORDERED that ECF No. 6 is GRANTED. Plaintiff shall file his IFP application by May 26, 2020.**

**IT IS SO ORDERED**

~~DATED: March 25, 2020~~

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Page 2

# CERTIFICATE OF SERVICE

I, _Addison Franklin Orr_, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this _17th_ day of _March_, _2020_, I served copies of the _Motion for enlargement of time_

in Case No. _2020-CV-00424-APG-VCF et al_, and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

_Clerk of the United States District Court_
_333 Las Vegas Boulevard South_
_Room 1334_
_Las Vegas, NV 89101_

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at _Warm Springs Correctional Center_ on this _12th_ day of _March_, _2020_.

_Addison Franklin Orr_
NDOC No. _1208158_

Petitioner – *In Propria Persona*

Addison Franklin Scott #1208158
NSCC
Orr
PO Box 7007
Carson City, NV 89702

LEGAL MAIL
CONFIDENTIAL

2716

United States District court Office of the Clerk
333 Las Vegas Boulevard South, Room #1334
Las Vegas, NV
89101

FIRST-CLASS MAIL
Hasler
03/18/2020
US POSTAGE $000.50
ZIP 89701
011E12650766

MAR 20 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA