# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Addison Franklin Orr,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Matthew D. Ence,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00422-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

On February 28, 2020, plaintiff Addison Franklin Orr filed an application for leave to proceed in forma pauperis (IFP application). (ECF No. 1.) On March 4, 2020, the Court denied this IFP application without prejudice for three reasons. (*See* ECF No. 3.) First, instead of using the application form provided by the United States District Court — District of Nevada, Orr used the form provided by Nevada state court. (*Id.*) Second, Orr's application lacked an inmate account statement for the past six months. (*Id.*) Third, Orr's complaint was written on a Nevada state court form instead of the form provided by this Court. (*Id.*) Accordingly, the Court denied Plaintiff's IFP application without prejudice and gave plaintiff until April 6, 2020 to file a complete IFP application or pay the filing fee. (*Id.*)

On March 20, 2020, plaintiff requested an extension of the time to file his IFP application. (*See* ECF No. 6.) Specifically, Plaintiff requested until May 26, 2020 to file his application. (*Id.*) The Court granted this motion on March 25, 2020 and gave Plaintiff until May 26, 2020 to file his IFP application. (ECF No. 8.)

Since this time, Plaintiff has not taken any action in his case. Accordingly, he appears to have abandoned his case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 30, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE